RECORDING REQUESTED BY:

David-Lawrence: Molidor

WHEN RECORDED RETURN TO:

David-Lawrence: Molidor

c/o 6361 San Benito Way

Rohnert Park, California [94928-9998]

California
Sonoma County

de jure Nevada county California republic
Recorder on Land
c/o: 2036 Nevada City Highway #28 [near: 95945]
Grass Valley (45), California republic, u. S. of A.

Recording Date: January 30, 2023 A.D.
Reference:      484e5009
Recording:      d982fbf5

Recorded By: _____

*(This space above is for Recorder's use only)*

CV 23 80104 MISC. FILED

RE'CD
SK

APR 03 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORN

## NOTICE OF ACKNOWLEDGMENT AND ACCEPTANCE OF DEED[1]

I, David-Lawrence: of the Family Molidor (hereinafter "Orator"), the living man, of sound mind and body, competent of handling my affairs, do hereby state the following is true and correct to the best of my knowledge and ability. Orator is authorized representative for DAVID LAWRENCE MOLIDOR and David L. Molidor and is recorded as the Grantee on the warranty (grant) deed for the property described on the attached certified copy of said deed.

It is Orator's freewill act and deed, to acknowledge my Notice of Acceptance of the Deed and lawful ownership of the property under the terms of the deed. I ask that the record on file in the Official Records of Sonoma County Office of Registrar of Deeds be updated to show the acceptance of the deed and the lawful owner of the property with this acknowledgement and acceptance that this parcel of land is family abode privately within Sonoma County soil, on California land. YHWH said the land is given to you and descendants forever. (Genesis 13:15).

**Abode Details:**

LOT 98 AS NUMBERED AND DESIGNATED UPON THE MAP ENTITLED RANCHO SONOMA UNIT 1, FILED IN THE OFFICE OF THE COUNTY RECORDER ON OCTOBER 29, 1973, IN BOOK 196 OF MAPS, PAGES 42 AND 43, SONOMA COUNTY RECORDS.

APN: 143-603-008
Street address: 6361 San Benito Way, Rohnert Park, CA. 94928

Source of title: Leviticus 25:33

---

[1] PROP Code Sec. 12 001 INSTRUMENTS CONCERNING PROPERTY (a) An instrument concerning real or personal property may be recorded if it has been acknowledged, sworn to with a proper jurat, or proved according to law (Acts 1983, 68th Leg., p. 3489, ch 576, Sec. 1, eff. Jan 1, 1984 Amended by Acts 1989 71st Leg., ch 162, Sec 2, eff. Sept. 1, 1989; Acts 1995, 74th Leg., ch 603, Sec 2, eff June 14, 1995 ), PROP Code Sec. 13 002 EFFECT OF RECORDED INSTRUMENT An instrument that is properly recorded in the proper county is:(1) notice to all persons of the existence of the instrument; and (2) subject to inspection by the public (Acts 1983, 68th Leg., p 3495, ch 576, Sec 1, eff Jan 1, 1984 Amended by Acts 2003 78th Leg, ch. 715 Sec 2, eff. Sept. 1, 2003; Acts 2003, 78th Leg., ch 960, Sec 2, eff Sept 1, 2003 )

1

de jure Nevada county 0001    d982fbf5

All natural inalienable rights reserved,

By: _By : David-Lawrence : Molidor_

David-Lawrence: Molidor, Authorized Representative for the represented person

David L. Molidor, Grantee

1. Witness: Sara D. Perez    1/12/23

2. Witness: By: John Jr.    1/12/23

de jure Nevada county 0002 d982fbf5

2

## JURAT ACKNOWLEDGEMENT

SUBCRIBED AND SEALED before me this 12 day of ‾‾‾‾‾‾‾‾ , 2023 A.D., a Notary Public:

Administrator _____ , appeared with full satisfactory evidence with his name subscribed to the within instrument and acknowledged to be the same.

_____          (Seal)

Notary Public in and for California
[My Commission expires; ____/___ / 20___]

SEE Attached

de jure Nevada county 0003    d982fbf5

3

**CALIFORNIA ACKNOWLEDGMENT**                                        CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _____Sonoma_____ }

On ____1-12-23____ before me, ____Kimberly A Richards____
        *Date*                          *Here Insert Name and Title of the Officer*

personally appeared ____Daniel Holiday____
                          *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

KIMBERLY A RICHARDS
COMM #2394645
NOTARY PUBLIC - CALIFORNIA
SONOMA COUNTY
My Comm. Expires Feb 21, 2026

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
              *Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

─────────────────────── OPTIONAL ───────────────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____     Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| | |
|---|---|
| Signer's Name: _____ | Signer's Name: _____ |
| ☐ Corporate Officer – Title(s): _____ | ☐ Corporate Officer – Title(s): _____ |
| ☐ Partner – ☐ Limited ☐ General | ☐ Partner – ☐ Limited ☐ General |
| ☐ Individual          ☐ Attorney in Fact | ☐ Individual          ☐ Attorney in Fact |
| ☐ Trustee          ☐ Guardian or Conservator | ☐ Trustee          ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer is Representing: _____ | Signer is Representing: _____ |

©2019 National Notary Association

de jure Nevada county  0004  d982fbf5

**RECORDING REQUESTED BY**
Cornerstone Title Company

**AND WHEN RECORDED MAIL DOCUMENT TO:**
David L. Molidor
6361 San Benito Way
Rohnert Park, CA 94928



**2016057477**
Official Records Of Sonoma County
William F. Rousseau
06/30/2016 02:21 PM
CORNERSTONE

DEED 3 Pgs

Fee: $19.00
County Tax: $277.75
City Tax: $277.75

Space Above This Line for Recorder's Use Only

A.P.N.: **143-603-008**                    File No.: **SR-3389 (NA )**

## GRANT DEED

The Undersigned Grantor(s) Declare(s): DOCUMENTARY TRANSFER TAX **$555.50**; CITY TRANSFER TAX **$.00**; SURVEY MONUMENT FEE $

[ X ]    computed on the consideration or full value of property conveyed, OR
[   ]    computed on the consideration or full value less value of liens and/or encumbrances remaining at time of sale,
[   ]    unincorporated area; [X ] City of **Rohnert Park**, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **Barbara J. Tarrant, an unmarried woman**

hereby GRANTS to **David L. Molidor, an unmarried man**

the following described property in the City of Rohnert Park, County of **Sonoma**, State of **CA:**

See **Exhibit "A"** attached hereto and made part hereof for complete legal description

Mail Tax Statements To: **SAME AS ABOVE**

de jure Nevada county 0005    d982fbf5

DOC #2016057477  Page 2 of 3

Grant Deed - continued

Date: 6/24/2016

A.P.N.: **143-603-008**                                     File No.: **SR-3389 (NA )**

Dated: **6/24/2016**

Barbara J. Tarrant

> A notary public or other officer completing
> This certificate verifies only the identity of the
> Individual who signs the document to which
> This certificate is attached and not the
> Truthfulness, accuracy, or validity of that
> Document.

STATE OF ___CA___ )SS
COUNTY OF ___Sonoma___ )

On ___6/28/2016___, before me, ___N. Agahi___, Notary Public, personally appeared **Barbara J. Tarrant**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature

My Commission Expires: _____

N. AGAHI
COMM. #2123263
NOTARY PUBLIC · CALIFORNIA
SONOMA COUNTY
My Comm. Expires Sept. 10, 2019

*This area for official notarial seal*

Notary Name:_____
Notary Registration Number:_____

Notary Phone:_____
County of Principal Place of Business:_____

Page 2 of 2

*de jure Nevada county 0006  d982fbf5*

DOC #2016057477  Page 3 of 3

## Exhibit A

REAL PROPERTY IN THE CITY OF ROHNERT PARK, COUNTY OF SONOMA, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

LOT 98 AS NUMBERED AND DESIGNATED UPON THE MAP ENTITLED RANCHO SONOMA UNIT NO 1, FILED IN THE OFFICE OF THE COUNTY RECORDER ON OCTOBER 29, 1973, IN BOOK 196 OF MAPS, PAGES 42 AND 43, SONOMA COUNTY RECORDS.

APN: 143-603-008

de jure Nevada county  0007    d982fbf5

JAN 1 3 2023

de jure Nevada county  0008    d982fbf5

Norma Gonzalez

# NOTICE OF EQUITABLE INTEREST

RECORDING REQUESTED BY:

**David-Lawrence: Molidor**

WHEN RECORDED RETURN TO:

**David-Lawrence: Molidor**

c/o 6361 San Benito Way

Rohnert Park, California [94928-9998]

California              §
Sonoma County     §

de jure Nevada county California republic
Recorder on Land
c/o: 2036 Nevada City Highway #28 [near: 95945]
Grass Valley (45), California republic, u. S. of A.

Recording Date: January 30, 2023 A.D.
Reference:      484e5009
Recording:      408baa4f

Recorded By: _____

*(This space above is for Recorder's use only)*

Date: 01/21/2023

### NOTICE-TO-PRINCIPAL-IS-NOTICE-TO-AGENT

### NOTICE-TO-AGENT-IS-NOTICE-TO-PRINCIPAL

This is an actual and constructive notice I sign below David-Lawrence: Molidor, Man, the undersigned as the grantor, donor and executor of the landed estate of DAVID LAWRENCE MOLIDOR now coming as the grantor/donor herein after grantor/donor with express intent and purpose, free will in the private now witnessed and recorded under seal specifically regarding M&T Bank account number 0100515378, give notice to Trustee, CEO and all authorized successors and assigns that it was not the intent of the grantor/donor to enter into a debtor/creditor relation in the public, rather a trust relationship in the private and therefore take notice as grantor Molidor, David-Lawrence:, have claimed in equity my own freewill act and the equitable title M&T Bank Corporation account no. 0100515378 and the public debt account attached. The living man :David-Lawrence: Molidor, has the highest interest in and to the property and superior to the mortgage.

Equitable interest is hereby claimed in the property on California land in Sonoma County soil to wit:

**-122.693850 longitude and 38.34808 latitude, GPS coordinates 38° 20' 53.088" N, 122° 41' 37.86" W.q**

- Mortgage Signing: Down Payment (13,126.32), plus Deposit ($15,000) plus Promissory Note negotiable instrument as tender of payment ($495,853)= **$523,979.32**
- Principal and Interest Tender of Payments Made to Servicers/subservicers (August 2016- January 2023)= **$165,509.40**
- New wood Floors: **$2,500**
- New back fence: **$1,700**
- Transfer switch for generator: **$2,100**
- New Window in garage: **$300**
- New shed: **$2,500**
- Chimney/roof maintenance/upgrade: **$300**
- Paint/upgrade costs: **$1,200**
- Gardeners: **$7,200**
- New lighting/fan/upgrades: **$300**
- Property taxes 2016-2023: **$38,901.03**
- Homeowner's Insurance 2016-2023: **$11,000**

de jure Nevada county  0001    408baa4f

# NOTICE OF EQUITABLE INTEREST

- Estimated Value of property: **$700,000**

   **Total: $1,458,669.76**

Therewith, claimed all right in the interest and proceeds with the equity claim Notice of Equitable Interest, assigned bill in equity claim Notice of Equitable Interest, as a private title, and the public debt account attached therein. Withdrawn from general deposit, general creditor/debtor relations with the Notice of Equitable Interest, along with my electronic copied signature named David Lawrence Molidor, David L Molidor, DAVID L MOLIDOR and all derivatives of the all caps name DAVID LAWRENCE MOLIDOR, and any proceeds therein in connection on file with account no. 0100515378, and the public debt account attached therein.

Attached to the withdrawal include all instruments, negotiable, non-negotiable, contracts, securities, bonds, any linked to M&T Bank Corporation therein collectively referred to as chattel have now as special deposit and purpose all the referenced Notice of Equitable Interest with the grantor/settlor's chattels now herein declared as grantor in private trust. With the power of appointment, I now appoint M&T Bank Trustee Francine Kincaid the legal title holder of title along with her authorized successors and assigns of all special deposits titled and identified by bill in equity claim Notice of Equitable Interest.

Date: 01/21/2023

Autograph: By: David-Lawrence: Molidor, BENE

By: David-Lawrence: Molidor, Subrogee, Surety

Representative for the represented person

Witnessed by: (Print) Sherri Cristiani
(Sign) Sherri Cr
Date: 01-21-23

Witnessed by: (Print) Wendy Janet Paredes
(Sign)
Date: 1-21-2023

Witnessed by: (Print) Jan Friedle
(Sign)
Date: 1-21-2023

de jure Nevada county 0002    408baa4f

# NOTICE OF EQUITABLE INTEREST

( SEE Notary Attached )

## Jurat Acknowledgement

State of _____,     County of _____

Subscribed and sworn to (or affirmed) before me, a Licensed Notary in the State of
_____

on this _____ day of _____, 2023, by David-Lawrence: Molidor, who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

X_____

Notary Signature                                                SEAL

My commission expires _____ 20____

de jure Nevada county  0003   408baa4f

**CALIFORNIA ACKNOWLEDGMENT**                                    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ____Sonoma_____ }

On ___1-21-23_____ before me, ___Kimberly A. Peters_____
        *Date*                                    *Here Insert Name and Title of the Officer*

personally appeared _____David Holister_____
                                    *Name(s) of Signer(s)*

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.



KiMBERLY A
COMM. #23...
NOTARY PUBLIC  CALIFORNIA
SONOMA COUNTY
My Comm. Expires Feb. 21, 2026

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

*Place Notary Seal and/or Stamp Above*          *Signature of Notary Public*

─────────────────── **OPTIONAL** ───────────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____      Signer's Name: _____
☐ Corporate Officer – Title(s): _____      ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General                ☐ Partner – ☐ Limited ☐ General
☐ Individual         ☐ Attorney in Fact         ☐ Individual         ☐ Attorney in Fact
☐ Trustee            ☐ Guardian or Conservator   ☐ Trustee            ☐ Guardian or Conservator
☐ Other: _____               ☐ Other: _____
Signer is Representing: _____       Signer is Representing: _____

©2019 National Notary Association

de jure Nevada county  0004   408baa4f

Recording Requested By:

**David-Lawrence: Molidor**


Return Recorded Document To:

**David-Lawrence: Molidor**

c/o [6361] San Benito Way
Rohnert Park, California [94928-9998]

de jure Nevada county
California republic
Recorder on Land
c/o: 2036 Nevada City Highway #28 [near: 95945]
Grass Valley (45), California republic, u. S. of A.

Recording Date: March 13, 2023 A.D.
Reference:        484c5009
Recording:        378c9ad9

Recorded By: _____

*For Recorders use only*

# RECORDING COVER PAGE

The herein Bound / Attached and so named as

## Private Registered Notice of Stipulations of Surety/Subrogee

There are ___10___ pages total, including this cover page in this recording.

The following documents are annexed in this recording:

1. Private Registered Notice of Stipulations of Surety/Subrogee
2. California Notary Acknowledgement
3. Annex A
4. Annex B
5. Annex C
6. Public Notice


This recording has been requested by: _David-Lawrence: Molidor, BENE_
Autograph

Date: _2/27/23_

Request for Recording
Page 1 of 1

de jure Nevada county 0001    378c9ad9

Private Registered Notice of Stipulations of Surety/Subrogee

=====================================

Registered Mail #RF 524 231 444 US

=====================================

To:    STATE OF CALIFORNIA, Probate Court, Chief Justice Patricia Guerrero
STATE OF CALIFORNIA, Department of Motor Vehicles, Steve Gordon, Director
BUREAU OF CONSULAR AFFAIRS, Rena Bitter, Asst Sec of State Consular Affairs
THE DEPARTMENT OF STATE (Passports)
STATE OF CALIFORNIA, CALIFORNIA COURTS, THE JUDICIAL BRANCH OF
CALIFORNIA, CHIEF JUSTICE TANI CANTIL-SAKAUYE
STATE OF CALIFORNIA SECRETARY of STATE Shirley Nash Weber
STATE OF CALIFORNIA, ROB BONTA, Attorney General
STATE OF CALIFORNIA, Gavin Newsom, Governor
STATE OF CALIFORNIA, FRANCHISE TAX BOARD, Betty T. Yee, acting Chair
UNITED STATES DEPARTMENT OF STATE, ANTONY J BLINKEN
INTERNAL REVENUE SERVICE, Doug O'Donnell, Commissioner
California Lieutenant Governor, Eleni Kounalakis
California State Treasury, Fiona Ma
California State Controller's Office, Malia M. Cohen, Director
USCIS United States Citizenship & Immigration Service, Ur Jaddou, Director
SOCIAL SECURITY ADMINISTRATION, Andrew Saul, Commissioner
U.S. DEPARTMENT OF THE TREASURY Janet Yellen, Sec. of the Treasury
CALIFORNIA DEPARTMENT OF JUSTICE, Randie Chance, Director
INTERNAL REVENUE SERVICE, Douglas (Doug) O'Donnell, Commissioner
M&T BANK CORP, Rene F Jones, CEO
NASA FEDERAL CREDIT UNION, Douglas Allman, CEO
WELLS FARGO, Charlie Scharf, CEO
AMERICAN EXPRESS, Stephen Squeri, CEO
DISCOVER, Roger C. Hockschild, CEO
APPLE, INC., Tim Cook, CEO
AVANT, Ian Kieninger, CEO
CAPITAL ONE, Richard Fairbank, CEO
CITIBANK, Jane Fraser, CEO
FARMERS INSURANCE, Raul Vargas, CEO
ALLSTATE, Thomas J Wilson, CEO
AT&T INC., John Stankey, CEO
COMCAST CORP., Brian L Roberts, CEO
AMAZON, Andy Jassy, CEO
PAYPAL, Dan Schulman, CEO
PACIFIC GAS AND ELECTRIC, Patricia K Poppe, CEO
COUNTY OF SONOMA, Angela Struckmann, Department Director
CITY OF ROHNERT PARK, Samantha Rodriguez, Mayor

DS SERVICES OF AMERICA, INC. (Alhambra), Thomas J. Harrington, CEO
Cc: David-Lawrence: Family of Molidor – Registered Mail #RF 524 231 444 US

Greetings_

I, :David-Lawrence of the Family Molidor (hereinafter "Orator"), of sound mind and body, competent of handling my affairs, do hereby state the following is true and correct to the best of my knowledge and ability.

Orator is authorized representative and surety for Principal Debtor, DAVID LAWRENCE MOLIDOR. It is Orator's freewill act and deed to mandate Notice of the following:

1. STATE OF CALIFORNIA Certificate of Live Birth (Annex A)
2. STATE OF CALIFORNIA Driver's License (Annex B)
3. UNITED STATES SOCIAL SECURITY ADMINISTRATION Social Security Card (Annex C)

Stipulations

I, hereinafter "Surety" am not a volunteer to all accounts herein pertaining to the Social Security Identifier ending in 9601. And, these arrangements, without other sufficient consideration, enforced by your bond statutes, codes, regulations and Emergency Banking Relief Act of 1933, whereby I am excluded, devolves upon me as secondarily liable for the above-named accounts and surety thereof creating an equitable suretyship for which Surety entitled to require the following non-negotiable and irrevocable stipulations

1. Surety is not the Registered Agent for accounts (Annex A-C) and that all service of process be served upon the Principal Debtor of the STATE OF CALIFORNIA identified in Annex A
2. If any claim, citation, infraction, assessment, charge, levy, lien or encumbrance be brought against Surety or Surety's property to satisfy any of the above-listed account liability where it is shown that the Principal Debtor refuses to pay or is insolvent, Surety shall require that all due process be brought within the protections and security of private civilian due process of law protected under the written Constitution of the United States of America of Article III, sec. 2, sub. 1.
3. That any military or municipal jurisdiction proceeding by Creditors against Surety or military or municipal mode of acquiring jurisdiction over Surety to be void and abated on their face in violation of number 2, above.

If any of these stipulations are violated then the Creditor shall immediately exonerate me as secondarily liable of these accounts, releasing me from any liability whatsoever and all Surety's interest form subrogation to the above-listed Accounts shall stay in effect

de jure Nevada county  0003  378c9ad9

Silence is Acquiescence to these stipulations; a general response on your part is a nullity and deemed acquiescence.

This is my freewill act and deed, under my hand and seal;

In Good Faith and Honor,

By: *David-Lawrence: Molidor, BENE*

David-Lawrence: of the Molidor Family, Surety/Subrogee

All Rights Reserved, Without Prejudice

# CALIFORNIA NOTARY ACKNOWLEDGEMENT
# (INDIVIDUAL)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Sonoma_

On _2/27/23_ before me, _Kimberly A. Richards_
(insert name and title of the officer),
personally appeared _David Molidor_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct

WITNESS my hand and official seal.

Signature _Kimberly A. Richards_     (Seal)

Page 3 of 3 Notice of Stipulations of Surety/Subrogee

de jure Nevada county  0004  378c9ad9

Annex A (part)

# STATE OF CALIFORNIA
## DEPARTMENT OF PUBLIC HEALTH

### CERTIFICATE OF LIVE BIRTH
### STATE OF CALIFORNIA

| | STATE BIRTH CERTIFICATE NUMBER | | CERTIFICATE OF LIVE BIRTH / STATE OF CALIFORNIA | | | LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER | |
|---|---|---|---|---|---|---|---|

| THIS CHILD | 1A. NAME OF CHILD—FIRST: David | 1B. MIDDLE: Lawrence | | | | 1C. LAST: Molidor | |
|---|---|---|---|---|---|---|---|
| | 2. SEX: Male | 3A. THIS BIRTH, SINGLE, TWIN.: Single | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. | 4. BIRTHWEIGHT: 4080 | 5A. DATE OF BIRTH—MONTH, DAY YEAR: August 9, 1978 | | 5B. HOUR: 2221 |

| PLACE OF BIRTH | 6A. PLACE OF BIRTH—NAME OF HOSPITAL: Kaiser Foundation Hospital | | | 6B. STREET ADDRESS (STREET, NUMBER, OR LOCATION): 2425 Geary Boulevard | | | |
|---|---|---|---|---|---|---|---|
| | 6C. CITY OR TOWN: San Francisco | | | 6D. COUNTY: San Francisco | | | |

| MOTHER OF CHILD | 7A. BIRTH NAME OF MOTHER—FIRST: Lesley | 7B. MIDDLE: Patricia | 7C. LAST: Lawrence | | 8. STATE OF BIRTH: England | 9. AGE OF MOTHER: 27 | |
|---|---|---|---|---|---|---|---|

| FATHER OF CHILD | 10A. NAME OF FATHER—FIRST: Martin | 10B. MIDDLE: David | 10C. LAST: Molidor | | 11. STATE OF BIRTH: California | 12. AGE OF FATHER: 30 | |
|---|---|---|---|---|---|---|---|

| PARENT'S CERTIFICATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | 13A. PARENT OR OTHER INFORMANT—SIGNATURE: x Lesley Molidor | | | 13B. RELATIONSHIP TO CHILD: Mother | 13C. DATE REVIEWED AND SIGNED: 8-10-78 | |
|---|---|---|---|---|---|---|---|

| ATTENDANT'S CERTIFICATION | I CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR, DATE AND PLACE STATED | 14A. PHYSICIAN (OR OTHER PERSON WHO ATTENDED THIS BIRTH)—DEGREE OR TITLE AND TYPED NAME / SIGNATURE: Robert L. Chu, M.D. | | | | 14B. DATE SIGNED: 8-10-78 | |
|---|---|---|---|---|---|---|---|
| | | 14C. ADDRESS: 2425 Geary Boulevard | | | | 14D. ATTENDANT'S LICENSE NUMBER: G-34392 | |

| LOCAL REGISTRAR | 15. DEATH—ENTER DATE OF DEATH | 16. LOCAL REGISTRAR—SIGNATURE: Merlyn Silverman MD | | | | 17. DATE ACCEPTED FOR REGISTRATION: AUG 17 1978 | |
|---|---|---|---|---|---|---|---|

This is to certify that this document is a true copy of the official record filed with Vital Records

DATE ISSUED

*James Greene*

JAMES GREENE MD MS
STATE REGISTRAR OF VITAL RECORDS

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the State Registrar

CACDPH  01



*Tony Agurto*

TONY AGURTO
STATE REGISTRAR OF VITAL RECORDS

0 0 5 1 4 1 1 3 5

de jure Nevada County 0005    378c9ad9

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Annex A (back)

de jure Nevada county  0006    378c9ad9

Annex B (Front)



Annex B (Back)



CLASS: C - Veh w/GVWR ≤26000- No M/C
ENDORSEMENTS: None
RESTRICTIONS None



This card is not acceptable for official federal purposes. This license is issued only as a license to drive a motor vehicle. It does not establish eligibility for employment, voter registration, or public benefits



Rev 08/29/2017

de jure Nevada county  0007    378c9ad9

Annex C (Front)

Keep this stub with your personal records. The other side contains important information.

Please note: The date we issued this card is shown below the signature line.

ᵖˡˡˡˡⁱˡˡⁱˡˡˡⁱ (barcode)
DAVID LAWRENCE MOLIDOR
6361 SAN BENITO WAY
ROHNERT PARK CA 94928-2852

ADULTS: Sign this card in ink immediately.
CHILDREN: Do not sign until age 18 or your first job, whichever is earlier.

Keep your card in a safe place to prevent loss or theft.
DO NOT CARRY THIS CARD WITH YOU.
Do not laminate.



de jure Nevada county  0008  378c9ad9

Annex C (Back)

## YOUR SOCIAL SECURITY CARD

The Social Security number shown on your card is yours alone. Do not allow others to use your number as their own. Record your number in a safe place in case your card is lost or stolen. Protect both your card and your number to prevent their misuse.

You should contact us to update your Social Security number and benefit record (if you are entitled) if your name, your U.S. citizenship status, or your status as an alien in the U.S. changes. You will need to complete an application for a replacement Social Security card and provide proof of your identity, and we may ask for other evidence supporting the change.

Show your card to your employer when you start a new job. Make sure your employer uses the same name and number exactly as it is shown on your Social Security card so we can record your earnings correctly.

Some private organizations use Social Security numbers for record keeping purposes. Such use is neither required nor prohibited by Federal law. The use of your Social Security number by such an organization for its own records is a private matter between you and the organization. Private organizations cannot obtain information from your Social Security record just because they know your number.

Any government agency that asks for your number must tell you whether giving it is mandatory or voluntary, its authority for requesting the number, and how the number is used.

If you are an alien without permission to work in the U.S., your Social Security card will be marked "NOT VALID FOR EMPLOYMENT." We will notify U.S. immigration officials if you use the number to work.

If you are an alien legally in the U.S. with temporary permission to work, your Social Security card will be marked "VALID FOR WORK ONLY WITH DHS AUTHORIZATION." If you show this card to an employer as evidence of employment eligibility, you will also have to show your U.S. immigration document authorizing employment.

You should contact Social Security right away for benefits if you become disabled, reach retirement, or are about to attain age 65.

You can reach us at 1-800-772-1213 or through our website at www.socialsecurity.gov.

Improper use of this card or number by anyone is punishable by fine, imprisonment or both. If you believe someone is using your Social Security number fraudulently, notify the Federal Trade Commission at 1-877-438-4338 or online at www.consumer.gov/idtheft.

This card belongs to the Social Security Administration and you must return it if we ask for it.

If you find a card that isn't yours, please return it to:
Social Security Administration
P.O. Box 33008, Baltimore, MD 21290-3008

For any other Social Security business information, contact your local Social Security office. If you write to the above address for any business other than returning a found card you will not receive a response.

Social Security Administration
Form SSA-3000 (08-2011)



de jure Nevada county 0009 378c9ad9

## Public Notice

Take notice that; anyone with Equal, Prior or Superior Equitable or Legal Right or Interest in/to/for/of the Title
DAVID LAWRENCE MOLIDOR, David Molidor, David L Molidor, David Lawrence Molidor, DAVID MOLIDOR, DAVID L MOLIDOR, MOLIDOR, DAVID LAWRENCE, MOLIDOR, DAVID, MOLIDOR DAVID L, Dave Molidor, Dave L Molidor, MOLIDOR, DAVE: there in capable to Confuse, Suspend or Clog said Title, Right or Interest in/to/for Title is HEREBY REQUESTED to present their claim to witness to:
David-Lawrence: Molidor
c/o [6361] San Benito Way, Rohnert Park, California, [94928-9998]
Before expiration of 30 days of this notice.

By: _David-Lawrence: Molidor, BENE_ Date: _2/27/23_
    David-Lawrence: Molidor, Subrogee, Surety, Payee

Witness 1: _Mario Botello_

Print Name

_Maria Botelho_    Date: _2, 27 23_
Autograph

Witness 2:

_Eric Albeno_
Print Name

_[signature]_    Date: _2/27/23_
Autograph

Witness 3:

_[signature]_
Print Name

_[signature]_    Date: _2/27/23_
Autograph

de jure Nevada county  0010  378c9ad9

Date: 3/30/23

David-

Molidar



March 30th, 2023

From:
:David-Lawrence: Molidor
c/o [6361] San Benito Way
Rohnert Park, California [94928]

To:
Clerk of U.S. District Court
Northern District of California
450 Golden Gate Ave.
Box 36060
San Francisco, Ca. 94102

Greetings,

       Included in this mailing sent to the honorable Clerk of Court is a $49 check to initiate a new Miscellaneous case filing brought by: David-Lawrence: Molidor, an unrepresented litigant. Included are three documents to be filed in this new Miscellaneous case:

1. NOTICE OF ACKNOWLEDGMENT AND ACCEPTANCE OF DEED
2. NOTICE OF EQUITABLE INTEREST
3. Private Registered Notice of Stipulations of Subrogation of Surety/Subrogee

Included is a self-addressed stamped envelope to return a copy or copies of the filed documents back to me. I have redacted personal information on the Private Registered Notice of Stipulations of Subrogation of Surety/Subrogee document.
Should you have any questions, please don't hesitate to call me.
I can be reached at (707) 849-4373.

Thank you for your assistance, and have a blessed day.

In peace and honor,

By: *David-Lawrence: Molidor*    Date: *3/30/23*
    David-Lawrence: Molidor
    All Rights Reserved

Date: 3/30/23

David-La...

