:David-Lawrence: Molidor
c/o [6361] San Benito Way
Rhonert Park, California
[94928-9998]
U.S. of A.

 

U.S. POSTAGE PAID
FCM LG ENV
ROHNERT PARK, CA
94928
MAR 30, 23
AMOUNT
**$2.46**

RDC 99          94102          R2305K138412-18

CLERK OF U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
BOX 36060
SAN FRANCISCO, CA.
94102

