

# U.S. District Court

## California Northern - San Francisco

Receipt Date: Apr 3, 2023 10:33AM

SWORD OF THE SPIRIT TRUST
DAVID L MOLIDOR TTE
6361 SAN BENITO WAY
ROHNET PARK , CA 94928

Rcpt. No: 311163924                          Trans. Date: Apr 3, 2023 10:33AM                          Cashier ID: #MB

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 205 | Miscellaneous Filing Fees | | 1 | 49.00 | 49.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | Check | #126 | 03/30/2023 | $49.00 |

|  | |
|--|--|
| Total Due Prior to Payment: | $49.00 |
| Total Tendered: | $49.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: CV23-80104 MISC SK DAVID-LAWRENCE MOLIDOR

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.